UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 2:11-CV-00088-KKC

RICHARD WAYNE TATE,                                                                          PLAINTIFF,

v.                                                   **JUDGMENT**

MICHAEL J. ASTRUE,
Commissioner of Social Security,                                                           DEFENDANT.

\* \* \* \* \* \* \* \*

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS as follows:

(1) The Plaintiff's Motion for Summary Judgment (DE 8) is **GRANTED** in so far as it asks for this matter to be remanded to the Commissioner. The motion is otherwise **DENIED**;

(2) The commissioner's Motion for Summary Judgment (DE 9) is **DENIED**; and

(3) The Commissioner's decision is **VACATED** and this matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this opinion.

This 29th day of September, 2012,

